# Exhibit 1

B6A (Official Form 6A) (12/07)

In re  **JEFFREY SOWDER,**
       **SHARI GREELEY**
                                                                                          Case No. _____
                                                         Debtors

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RESIDENCE<br>6134 PINE VILLA AVE #101<br>LAS VEGAS, NV 89108<br>2006 | | C | 140,000.00 | 212,300.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 140,000.00 | (Total of this page) |
| Total > | 140,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  JEFFREY SOWDER,
        SHARI GREELEY
        
Case No. _____

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alphera Financial Serv<br>5550 Britton Pkwy<br>Hilliard, OH 43026 | | C | Opened 1/01/10 Last Active 4/13/10<br><br>2008 VW JETTA<br>RESIDENCE<br><br>Value $ 9,900.00 | | | | 13,704.00 | 3,804.00 |
| Account No.<br><br>Chase<br>9451 Corbin Avenue<br>Northridge, CA 91328 | | H | Opened 6/01/06 Last Active 1/20/10<br><br>RESIDENCE<br>6134 PINE VILLA AVE #101<br>LAS VEGAS, NV 89108<br>2006<br><br>Value $ 140,000.00 | | | | 41,951.00 | 41,951.00 |
| Account No.<br><br>CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>Las Vegas, NV 89155 | | C | 2003<br><br>COLLECTION<br><br>Value $ 0.00 | | | | 296.00 | 296.00 |
| Account No.<br><br>DESERT PIN VILLAS HOA<br>C/O PRISM MANAGEMENT PROFESSIONALS<br>PO BOX 95253<br>Las Vegas, NV 89193 | | C | <br><br>Value $ 0.00 | | | | 940.00 | 940.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 56,891.00 | 46,991.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **JEFFREY SOWDER,** Case No. _____
**SHARI GREELEY**
_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ford Motor Credit Corporation <br> National Bankruptcy Center <br> Po Box 6275 <br> Dearborn, MI 48121 | | H | Opened 8/01/06 Last Active 4/13/10 <br><br> 2006 FORD F150 <br> RESIDENCE <br><br> Value $ 10,800.00 | | | | 14,076.00 | 3,276.00 |
| Account No. <br><br> LITTON LOAN SERVICING <br> PO BOX 4387 <br> Houston, TX 77210 | | C | Opened 6/07/06 Last Active 1/20/10 <br><br> RESIDENCE <br> 6134 PINE VILLA AVE #101 <br> LAS VEGAS, NV 89108 <br> 2006 <br><br> Value $ 140,000.00 | | | | 170,349.00 | 30,349.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 184,425.00 | 33,625.00
Total (Report on Summary of Schedules) | 241,316.00 | 80,616.00

Exhibit 2

**EXHIBIT "2"**

1. The total indebtedness due and owing under the Note and Deed of Trust as of the date set forth below, exclusive of attorney fees, other miscellaneous costs and interest that continues to accrue is as follows:

| | | |
|---|---|---:|
| Principal Balance | $ | 41,894.19 |
| Interest as of November 2010 | $ | 3,120.14 |
| Total Fees | $ | 45.00 |
| Late Charges | $ | 108.50 |
| Pre-Confirmation Bankruptcy Fees | $ | 300.00 |
| BPO Fees | $ | 156.00 |
| **TOTAL** | $ | 45,623.83 |

Attorney fees and cost plus other miscellaneous costs, if any, must be added to this figure.

2. Since the filing of the instant petition on May 28, 2010, the Debtors have failed to tender the following post-petition mortgage payments that have come due under the Note:

| | | |
|---|---|---:|
| 3 Payments at $434.09 each | $ | 1,302.27 |
| **Total "Post-Petition" Balance Due** | $ | 1,302.27 |

3. An additional payment of $434.09 will come due on the first day of December, and the first day of each month thereafter.

Exhibit 3

```
CINDY LEE STOCK
Nevada Bar No. 803
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@lvcoxmail.com E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for JP Morgan Chase Bank, N. A.
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Chapter 13 |
|---|---|---|
| JEFFREY SOWDER and SHARI GREELEY, | ) ) ) | CASE NO. S-10-20007-LBR |
| | ) ) | Hearing Date: December 29, 2010<br>Hearing Time: 10:30 a.m. |
| | ) ) | Location:  Foley Federal Building |
| Debtors. | ) ) | Courtroom No. 1 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of JP Morgan Chase Bank, N. A., and its successor and/or assigns came on regularly for hearing before this court on December 29, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

1  IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby
2  is, granted.
3  IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real
4  property commonly known as 6134 Pine Villa Avenue, #101, Las Vegas, NV 89108.
5  IT IS FURTHER ORDERED that JP Morgan Chase Bank, N. A., will provide Debtors with
6  no less than seven (7) days notice of date, time, and place of the foreclosure sale.
7  SUBMITTED BY:

LAW OFFICES OF CINDY LEE STOCK, P.C.

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
608 South 8th Street
Las Vegas, Nevada  89101
Attorneys for Movant

RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____  The Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   X    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

2